Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Jeremy Joseph Hunt

Docket No. 0864 0:14CR00314-004(PAM)

Petition on Supervised Release

COMES NOW **Danelle L. Bates**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jeremy Joseph Hunt** who was sentenced for Conspiracy to Distribute Methamphetamine on September 18, 2015, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Mental Health Counseling/Treatment
- No gambling
- Employment required
- Submit to searches

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state or local crime.

MANDATORY CONDITION: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

STANDARD CONDITION #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except prescribed by a physician.

On January 5, 2025, law enforcement located approximately 3.12 pounds of suspected methamphetamine inside the defendant's vehicle. The defendant was arrested and is pending formal charges of First Degree - Drugs – Possession and First Degree – Drugs – Sale. He remains in custody at the Olmstead County Jail and is scheduled for arraignment on January 7, 2025.

PRAYING THAT THE COURT WILL ORDER that **a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.**

[The rationale for a warrant is contained in Section 5 of the violation report.]

| ORDER OF THE COURT | |
|---|---|
| Considered and ordered this 6th day of January 2025, and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| *s/ Paul A. Magnuson* | s/ *Danelle L. Bates* |
| Honorable Paul A. Magnuson<br>United States District Court Judge | Danelle L. Bates<br>U.S. Probation Officer<br>Telephone: 651-848-1256 |
| | Executed on: January 6, 2025 |
| | Place: St Paul |
| | Approved: |
| | s/ *Mathias R. Antony* |
| | Mathias R. Antony<br>Supervisory U.S. Probation Officer |