UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                      Crim. No. 14-314 (PAM/JSM)

Plaintiff,

v.                                                                                **ORDER**

Jeremy Joseph Hunt,

Defendant.

_____

This matter is before the Court on Defendant Jeremy Joseph Hunt's pro se Motion to reopen his detention hearing.  (Docket No. 669.)  Defendant is represented by counsel for his pending matters before the Court.  "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001).  Thus, the Court will not consider his instant request.

Defendant may not file documents on his own behalf while he is represented by an attorney.  In the future, any pro se submissions by Defendant while he is represented by counsel will be returned to him without having been considered.

Accordingly, **IT IS HEREBY ORDERED that:**

1.   Defendant's Motion to Reopen Detention Hearing (Docket No. 669) is

     **DENIED**; and

2.   The Clerk's Office shall not file any pro se submission by Defendant while

     he has the assistance of counsel.

Dated: <u>February 18, 2026</u>                      <u>s/ Paul A. Magnuson</u>
                                                   Paul A. Magnuson
                                                   United States District Court Judge